IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN MATHIASEN,

                    Petitioner,                              **8:25CV297**

          vs.

                                                             **MEMORANDUM AND ORDER**

ROB JEFFREYS,

                    Respondent.

          Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and
a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2. Habeas
corpus cases attacking the legality of a person's confinement require the
payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering
Petitioner's financial status as shown in the records of this Court (*see* inmate
trust account statement at Filing No. 6), leave to proceed in forma pauperis
will be granted and Petitioner is relieved from paying the filing fee. *See* 28
U.S.C. § 1915(a)(1).

          IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to
Proceed in Forma Pauperis, Filing No. 2, is granted. The next step in this
case is for the Court to conduct a preliminary review of the habeas corpus
petition in accordance with Rule 4 of the Rules Governing Section 2254 cases.
The Court will conduct this review in its normal course of business.

Dated this 2nd day of May, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge