IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN MATHIASEN,

        Petitioner,

vs.

ROB JEFFREYS,

        Respondent.

8:25CV297

**MEMORANDUM AND ORDER**

On October 23, 2025, Petitioner filed what he captioned an "Actual Innocence Claim and Motion to Deny Summary Judgment." Filing No. 19. Upon review, Petitioner is advised that the Court construes his motion as his brief in opposition to Respondent's motion for summary judgment, which he was required to file by October 27, 2025. *See* Filing No. 16 at 6 (setting Petitioner's brief deadline as 30 days after Respondent filed his response to the amended petition). Pursuant to the Court's local rules, a party opposing a motion "must file a brief that concisely states the reasons for opposing the motion." NECivR 7.1(b)(1)(A). Accordingly,

IT IS ORDERED that:

1. The Clerk's office is directed to term the motion at Filing No. 19 and update the docket text to reflect that the Court will treat Filing No. 19 as Petitioner's brief in opposition to Respondent's summary judgment motion.

2. Respondent shall have until **November 24, 2025**, to file a reply brief in support of his summary judgment motion.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 24, 2025**: deadline for Respondent's reply brief.

Dated this 28th day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge